IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


JOHN SCOGGINS,                                    07-CV-1888-BR

           Plaintiff,                             JUDGMENT

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

           Defendant.


    Based on the Court's Opinion and Order issued December 5,

2008, the Court **AFFIRMS** the Commissioner's final decision and

**DISMISSES** this matter.

    DATED this 5th day of December, 2008.


                              /s/ Anna J. Brown
                              _____
                              ANNA J. BROWN
                              United States District Judge


1 - JUDGMENT